UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

OXFORD HOUSE, INC. ET AL

VERSUS

CITY OF BATON ROUGE

CIVIL ACTION

11-391-JJB-RLB

## ORDER

Having disposed of the issues in the Court's Ruling on Cross-Motions for Summary Judgment (doc. 111), in which the Court ruled in favor of Plaintiff, finding that (1) the residents of Oxford House have a handicap and/or a disability under the Fair Housing Act ("FHA") and the Americans with Disabilities Act ("ADA"); (2) Defendant unlawfully denied Oxford House a reasonable accommodation based upon this handicap and/or disability in violation of the FHA; (3) the first paragraph of Defendant's "Special Homes" ordinance is facially discriminatory; and (4) Defendant retaliated against Plaintiff for filing a complaint with the Department of Housing and Urban Development, and the parties having settled the issue of damages, with the exception of attorneys' fees over which the court retains jurisdiction, out of court;

**IT IS HEREBY ORDERED** that this case is **DISMISSED**.

Signed in Baton Rouge, Louisiana on August 5th, 2014.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA