# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**OXFORD HOUSE, INC., et al.**                    **CIVIL ACTION 11:391**

**Versus**                                        **JUDGE JAMES BRADY**

**CITY OF BATON ROUGE, LOUISIANA**

## NOTICE OF APPEAL

NOW INTO COURT, through undersigned counsel, comes defendant herein, the consolidated City-Parish government of the City of Baton Rouge and Parish of East Baton Rouge which advises the Court of its intention to appeal the judgment in favor of plaintiffs Oxford House, Danjean Causeway, and Glenda and Raymond Roy, on Plaintiff's Motion for Summary Judgment (ECF Doc. 111), and in anticipation of the pending Plaintiff's Motion for Fees and Costs (ECF Docs. 133, 146, 169), based on the Court's final judgment of dismissal (ECF Doc. 173) and amendment of same (ECF Doc. 173) to the Fifth Circuit Court of Appeals, pursuant to Federal Rules of Appellate Procedure Rules 3 and 4.

BY ATTORNEYS:
OFFICE OF THE PARISH ATTORNEY

/s/ Joseph K. Scott, III
JOSEPH K. SCOTT, III (LSBA# 28223)
SPECIAL ASSISTANT PARISH ATTORNEY
222 St. Louis Street, Room 902
Baton Rouge, LA 70802
T: 225-389-3114
F: 225-389-5554
Email: jkscott@brgov.com

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

**OXFORD HOUSE, INC., et al.**                                  **CIVIL ACTION 11:391**

**Versus**                                                                                 **JUDGE JAMES BRADY**

**CITY OF BATON ROUGE, LOUISIANA**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing, has been filed via the Court's CM/ECF system, which will provide all counsel of record with a copy of the pleadings on the filing date.

/s/ Joseph K. Scott, III
JOSEPH K. SCOTT, III (LSBA# 28223)
SPECIAL ASSISTANT PARISH ATTORNEY