# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

January 22, 2015

Mr. Michael L. McConnell  
U.S. District Court, Middle District of Louisiana  
777 Florida Street  
Room 139  
Baton Rouge, LA 70801

    No. 14-31020   Oxford House, Incorporated, et al v. City of Baton Rouge  
                           USDC No. 3:11-CV-391

Dear Mr. McConnell,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Dantrell L. Johnson, Deputy Clerk  
504-310-7689

cc w/encl:  
   Mr. John Nelson Adcock  
   Mr. Devon Brianne Bardin  
   Mr. Steven G. Polin  
   Mr. Joseph Kelsey Scott, III  
   Mr. Peter Franklin Theis  
   Mr. Morgan Whitney Williams

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
January 22, 2015
Lyle W. Cayce
Clerk

_____

No. 14-31020

_____

OXFORD HOUSE, INCORPORATED; DANJEAN CAUSEWAY, L.L.C.;
GLENDA K. ROY; RAYMOND K. ROY,

    Plaintiffs - Appellees

v.

CITY OF BATON ROUGE,

    Defendant - Appellant

_____

Appeal from the United States District Court for the
Middle District of Louisiana, Baton Rouge

_____

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of January 22, 2015, for want of prosecution. The appellant failed to timely file the appellant's brief and record excerpts.

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                              By: _____
                              Dantrell L. Johnson, Deputy Clerk

**A True Copy**
**Certified order issued Jan 22, 2015**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

                    ENTERED AT THE DIRECTION OF THE COURT